UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JACK AND SCHELITTA BATTISTE** \* | **CIVIL ACTION NO.: 22-2391** |
|     **Plaintiffs** \* | |
| \* | **SECTION: T** |
| **VERSUS** \* | |
| \* | **DISTRICT JUDGE: GREG G. GUIDRY** |
| **THE SEWERAGE & WATER BOARD** \* | |
| **OF NEW ORLEANS AND GHASSAN KORBA** \* | **MAGISTRATE JUDGE: KAREN WELLS** |
| **IN HIS OFFICIAL CAPACITY AS THE DIRECTOR** \* | **ROBY** |
| \* | |
| \* | |
|     **Defendants** \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Withdraw Complaint (R. Doc. 5):

**IT IS ORDERED** that Plaintiffs Original Verified Complaint and Application for Injunction, Declaratory Relief and Damages [R. Doc. 1] filed on July 29, 2022 is Withdrawn Without Prejudice.

**NEW ORLEANS, LOUISIANA** this  1st  day of  December  2022.

_____
**HONORABLE JUDGE**